BUCHALTER NEMER
Russell Allyn (Bar No. 143531)
Joshua Mizrahi (Bar No. 227639)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
rallyn@buchalter.com
jmizrahi@buchalter.com
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

**E-Filed 1/6/2010**

Attorneys for Defendants
WIRELESS TOYZ, INC., JSB ENTERPRISES, INC.,
WIRELESS TOYZ FRANCHISE, LLC, JOE
BARBAT, DAVID D. EBNER, NEAL YANOFSKY,
RICHARD SIMTOB, and JACK BARBAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TOYZ, INC., a California Limited Liability Company, ANTELOPE TOYZ, LLC, a California Limited Liability Company, WIRELESS, LLC, a California Limited Liability Company; DEM ASSOCIATES, INC., a California corporation; TOYZ RANCHO CORDOVA, LLC, a California Limited Liability Company; and ENYART INNOVATIONS, LLC, a California Limited Liability Company;

    Plaintiffs,

v.

WIRELESS TOYZ, INC., a Delaware corporation; JSB ENTERPRISES, INC., a Michigan corporation; WIRELESS TOYZ FRANCHISE, LLC, a Michigan Limited Liability Company; JOE BARBAT, an individual; DAVID D. EBNER, an individual; NEAL YANOFSKY, an individual; RICHARD SIMTOB, an individual; JACK BARBAT, an individual; and DOES 1 through 100, inclusive;

    Defendants.

Case No. C09 05091 JF

The Hon. Jeremy D. Fogel

Date: January 14 ~~and 15, 2010~~
Time: 9:00 a.m.
Dept: 3

~~[PROPOSED]~~ ORDER FOR JOINT STIPULATION TO CONTINUE THE E-FILING DEADLINE OF PARTIES' RESPECTIVE REPLY BRIEFS
BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 5020726v1

1

[PROPOSED] ORDER FOR JOINT STIPULATION TO CONTINUE FILING DEADLINES OF PARTIES'
REPLY BRIEFS, CASE NO. C09 05091 JF

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1    **IT IS HEREBY ORDERED** that the date for each party to e-file its respective reply brief
2 is continued from December 31, 2009 to January 6, 2010.

3 Dated: January 4, 2010                        HON JEREMY D. FOGEL

United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE THE E-FILING DEADLINE OF PARTIES' RESPECTIVE REPLY BRIEFS**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or_x___ placing a true copy thereof in a sealed envelope as follows:

John C. Gorman, Esq.
Charles J. Stiegler, Esq.
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA 95112
Telephone: (408) 297-2222
Facsimile: (408) 297 – 2224
jgorman@gormanmiller.com, asun@gormanmiller.com
**Attorneys for Plaintiffs, TOYZ, LLC et al.**

☒ **BY EMAIL.** On December 29, 2009, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on December 29, 2009, at Los Angeles, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 29, 2009, at Los Angeles, California.

GILLIAN W. SAMPLES          /s/ Gillian W. Samples
                                                    (Signature)